IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REGINALD BURKS,**

      **Plaintiff,**

**vs.**                                        **4:04CV404-SPM/AK**

**MICHAEL LORD, et al,**

      **Defendants.**

_____/

## SECOND ORDER DIRECTING SERVICE
## AND REQUIRING A SPECIAL REPORT

Plaintiff's complaint (doc. 1) was previously reviewed pursuant to 28 U.S.C. § 1915A, and service was directed on May 10, 2005. (Doc. 11). Service was attempted by mail upon Defendant Michael Lord at the Reception and Medical Center, but was returned unexecuted because he is an independent orthopedic surgeon and is not directly employed by RMC. (Doc. 14). However, the only address the Court can obtain on this defendant is at the Reception and Medical Center, and therefore *personal service* will once again be directed on Michael Lord.

Accordingly, it is

**ORDERED:**

1. The Clerk shall once again issue summons for Defendant Michael Lord, indicating he has 60 days in which to file a responsive pleading, which in this case will be a written report as detailed *infra*.

2. The Clerk shall prepare one additional copy of the complaint, doc. 1, for service on the Defendant and shall refer the copy and prepared summons to the United States Marshal.  The Clerk shall also prepare and send the Marshal two additional copies of the complaint (one for the Florida Attorney General and one for counsel for the Department of Corrections).

3. The Clerk shall also prepare and send the Marshal a copy of this order for the Defendant, plus two additional copies (one for the Florida Attorney General and one for counsel for the Department of Corrections).

4. Within 30 days from the date of entry of this order on the docket, the United States Marshal or a Deputy United States Marshal shall *personally serve* a copy of the **complaint, summons, and this order** upon Defendant **Michael Lord** at the **Reception and Medical Center, state Road 231 South, Lake Butler, Florida**. The United States Marshal shall then file with the clerk of court the return of service within 10 days of service.  All costs of service shall be advanced by the United States.

5. Defendant Michael Lord shall review the complaint to:
   a. Ascertain the facts and circumstances surrounding the complaint;

      b.      Consider whether any action should be taken directly by prison officials to resolve the issues raised in the complaint; and

      c.      Determine whether other, similar complaints, whether pending in this court or elsewhere, should be considered together.

6.  Within 60 days of receipt of the summons, Defendant shall respond to the complaint either by filing a motion to dismiss because Plaintiff has not exhausted administrative remedies pursuant to 42 U.S.C. § 1997e or by filing a special report with the Court, and a copy thereof to Plaintiff, containing the following:

      a.      Sworn statements of all persons having knowledge and relevant information of the subject matter of the complaint. (Authorization is hereby granted to interview all witnesses to the events of the complaint, including the Plaintiff.)

      b.      All defenses, including immunity defenses.  If not listed, such defenses may be considered waived.

      c.      Where relevant, copies of medical or psychological or disciplinary records.

      d.      Where applicable, copies of relevant administrative rules, regulations, or guidelines.

Defendants are advised that, at some time in the future upon notice of the Court, the special report may be deemed a motion for summary judgment.  **Therefore, the special report shall be in compliance with Local Rule 56.1, and shall include all Fed. R. Civ. P. 56 materials Defendants wish the Court to consider.**

7.  No answer, motion for summary judgment, or request for discovery shall be served or filed by any party without permission of the Court.  If any such pleading or motion is sent to the Court, the Clerk shall not file or otherwise treat the pleading as a motion unless or until the Court so orders.

8. Plaintiff shall not file a reply to Defendants' special report until ordered to do so by the Court. However, Plaintiff shall file a response to a motion to dismiss, if filed by Defendants, within 20 days of the date of service of such a motion.

9. Once a special report is filed, no further amendments to the complaint shall be permitted by the Court unless, as required by Rule 15 of the Federal Rules, Plaintiff files a separate motion for leave to so amend and provides a copy of the proposed amended complaint.

10. In accordance with 28 U.S.C. § 636(c)(2), the Clerk shall forward to Plaintiff a form for consenting to trial by the magistrate judge, with the case number written on it. If Plaintiff wishes to consent, he should sign the form and forward it to counsel for Defendants. If Defendants wish to consent, the form should be signed and returned to the Clerk.

11. Plaintiff shall be required to mail to the attorney for each Defendant a copy of every pleading or other paper, including letters, submitted for consideration by the Court. Plaintiff shall include with each pleading, motion, or other paper to be filed with the Clerk of the Court a certificate stating the date an identical copy of the paper was mailed to each Defendant or to the attorney representing each Defendant. Any paper so submitted for filing that does not contain a "certificate of service" shall be returned by the Clerk and disregarded by the Court.

**DONE AND ORDERED** at Gainesville, Florida, this 26th day of July, 2005.

                                              _____s/A Kornblum_____
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**