**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**REGINALD BURKS,**

    **Plaintiff,**

**v.**                                                  **CASE NO. 4:04-cv-00404-SPM-AK**

**MICHAEL LORD,
MARTIE TAYLOR,**

    **Defendants.**
_____/

**O R D E R**

This matter is before the Court on Defendant Martie Taylor's Motion to Extend Time to file a special report or other dispositive motion. (Doc. 16). Having considered said motion, the Court is of the opinion that it is well taken and should be **GRANTED.** Defendant Taylor shall have through September 27, 2005, to file her response.

**DONE AND ORDERED** this 27th day of July, 2005

        _S/A Kornblum_____
        **ALLAN KORNBLUM
        UNITED STATES MAGISTRATE JUDGE**