IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REGINALD BURKS,**

    **Plaintiff,**

**vs.**     4:04-CV-404-SPM

**MICHAEL LORD,** *et al.*,

    **Defendants.**

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 33) dated May 26, 2006. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed to date.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    The magistrate judge's report and recommendation (doc. 33) is adopted and incorporated by reference in this order.

2. Defendant Taylor's motion to dismiss (doc. 25) is hereby *granted*.

3. Plaintiff's claims against defendant Taylor are *dismissed* for failure to exhaust administrative remedies.

4. The motions for summary judgment filed by defendants Taylor and Lord (docs. 26 and 28, respectively) are hereby *granted* for Plaintiff's failure to state a cause of action.

5. This case is *dismissed*.

**DONE AND ORDERED** this <u>fifth</u> day of July, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge